UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY WILSON, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, a Nevada corporation,<br><br>Defendant. | Civil No. 13cv1693 DMS(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE |

On September 27, 2013, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

        2.  The rule 26(f) conference shall be completed on or before October 21, 2013.

        3.  No discovery plan is required.

        4.  The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before November 18, 2013.

        5.  Counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into a settlement shall appear in person before Magistrate Judge Ruben B. Brooks, 221 West Broadway, Courtroom 2C, San Diego, California, on February 24, 2014, at 1:30 p.m., for a further settlement conference.

        Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

        Failure of any counsel or party to comply with this order may result in sanctions.

        IT IS SO ORDERED.

DATED: September 30, 2013

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Sabraw
All Parties of Record