**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
skye@*consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY WILSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU,<br><br>Defendant. | CASE NO. 3:13-cv-1693-DMS-RBB<br><br><u>CLASS ACTION</u><br><br>**JOINT MOTION FOR DISMISSAL OF PLAINTFF'S CASE PURSUANT TO FED. R. CIV. PRO. RULE 41 (A)(1)(A)** |

1
*Wilson v. First National Collection Bureau,* 13-cv-01693-DMS-RBB
JOINT MOTION FOR DISMISSAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**IT IS HEREBY STIPULATED** by and between Plaintiff Betty Wilson and Defendant First National Collection Bureau, through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this action shall be, and is dismissed WITH PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to any class claims. Each party is to bear its own fees and costs.

Respectfully Submitted,

Dated: November 8, 2013

*/s/ Ronald A. Marron*
By: RONALD A. MARRON
**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
SKYE RESENDES
ALEXIS WOOD
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

Dated: November 8, 2013

*/s/ Issa K. Moe*
By: ISSA K. MOE
**MOSS & BARNETT**
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 877-5399
Facsimile: (612) 877-5999

*Attorneys for Defendant*

## **CERTIFICATION OF APPROVAL OF CONTENT**

I, Ronald A. Marron, counsel for Plaintiff Betty Wilson, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the Joint Motion For Dismissal, and that I have obtained authorization from Issa K. Moe, counsel for Defendant First National Collection Bureau, for his electronic signature on the Joint Motion For Dismissal.

DATED: November 8, 2013

**LAW OFFICES OF RONALD A. MARRON, APLC**

*/s/ Ronald A. Marron*
RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
Email: ron@consumersadvocates.com